UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20743-CR-MARTINEZ/GOODMAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

FIDEL RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on November 16, 2015. A Report and Recommendation was filed on December 2, 2015, [ECF No. 30], recommending that the Defendant's plea of guilty be accepted. During the Change of Plea hearing, the Magistrate Judge questioned the Defendant regarding his waiver of appeal in which the Defendant acknowledged on the record that he was waiving or giving up all rights to appeal any sentence imposed by the District Court in this case except under the limited circumstances contained within the appeal waiver provision from the Plea Agreement.

The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 30] of United States Magistrate Judge Jonathan Goodman, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count One of the Information which charges the Defendant with Conspiracy to Commit of Theft of Government Money, in violation of Title 18, United States Code, Section 371.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10 day of December, 2015.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Goodman
All Counsel Of Record
U.S. Probation Office